```
UNITED STATES OF AMERICA,      :    IN THE UNITED STATES
                               :
                 Plaintiff,    :    OF AMERICA
         -vs-                  :
                               :    PITTSBURGH, PENNSYLVANIA
OMARI PATTON                   :
                               :
                 Defendant.    :    CASE NO.: 02-93-1
```

...oooOOOooo...

**ORDER GRANTING TERMS OF PAYMENT OF SPECIAL ASSESSMENT**

This Court, having considered the request for the establishment of terms for the paying of the special assessment, it is this ____ day of _____, 2006,

ORDERED that Defendant is GRANTED the term of paying on the ordered special assessment of $2800.00, at a rate of $10.00 per month, in United States v. Omari Patton, Case No. 02-93-1.

10/31/06                                        _____
                                                JUDGE OF THE DISTRICT COURT

*Denied. This involves a matter within the province of the Bureau of Prisons*

*Donetta W. Ambrose*