IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR 2-93, CV 10-19 |
| | ) | |
| OMARI HOWARD PATTON | ) | |

**ORDER OF COURT**

Pending before the Court is Defendant's Motion pursuant to 28 U.S.C. § 2255. Defendant contends, <u>inter alia</u>, that counsel was ineffective when he failed to object to the closing of the courtroom to the public. Defendant asserts that the Court precluded the public from entering the courtroom during voir dire, and also during the first day of trial. Neither party has submitted transcripts, but the Government states that an effort to locate or otherwise obtain the voir dire transcript is underway. The Government shall file pertinent transcripts by June 15, 2010.

AND NOW, this 25th day of May, 2010, it is SO ORDERED.

BY THE COURT:

<u>/s/Donetta W. Ambrose</u>

Donetta W. Ambrose

Judge, United States District Court